UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **NORMAN E. WEBB**, ) | |
| ) | |
| Plaintiff ) | CASE NO. |
| ) | |
| v. ) | |
| ) | |
| **TOWN OF ORONO**, ) | |
| ) | |
| Defendant ) | |

**NOTICE OF REMOVAL OF DEFENDANTS**

NOW COMES Defendant Town of Orono, by and through undersigned counsel, and brings this Notice of Removal pursuant to 28 U.S.C. § 1446 and F.R.Civ.P. 81(c). The representations set forth below are made under Rule 11 of the Federal Rules of Civil Procedure.

1. This cause of action was commenced in Maine Superior Court for Penobscot County on or about May 19, 2014, by the filing of a Complaint in that court. The Superior Court docket number is CV-2014-92. A copy of the Complaint was mailed to counsel for Defendant, along with an Acceptance of Service form, on May 19, 2014. Acceptance of service was made on June 4, 2014 by undersigned counsel.

2. This action is of a civil nature pursuant to 29 U.S.C. § 621 and 42 U.S.C. § 12102 and involves allegations of age and disability discrimination and retaliation.

3. Defendant is filing contemporaneously herewith a copy of all documents filed in the Superior Court. Defendant is filing its Answer to Plaintiff's Complaint in federal court,

with a copy to the Clerk of the Penobscot County Superior Court, and is not filing a responsive pleading in state court.

    4.    Defendant therefore prays for removal of the above-entitled case from the state court to this Court.

    5.    This Notice of Removal is filed within thirty (30) days after service of the initial pleadings setting forth the claim for relief upon which this notice of removal is based.

DATED at New Gloucester, Maine, this 19th day of June 2014.

/s/ *Edward R. Benjamin, Jr.*

Attorney for Defendant

THOMPSON & BOWIE, LLP
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500
ebenjamin@thompsonbowie.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, I electronically filed a Notice of Removal of Defendant Town of Orono with the Clerk of Court via e-mail at newcases.bangor@med.uscourts.gov.  I also certify that I made service of the foregoing, by depositing a true copy of same, on this date, in the U.S. Mail, postage prepaid to:

Arthur J. Greif, Esq.
Gilbert & Greif, P.A.
82 Columbia Street
P. O. Box 2339
Bangor, ME  04402-2339


/s/Edward R. Benjamin, Jr.
Attorney for Defendant

THOMPSON & BOWIE, LLP
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500
ebenjamin@thompsonbowie.com